# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERWOOD BRIDGEFORD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DAVID VARANO,** *et al* | : | **NO. 11-0372** |

## ORDER

**AND NOW,** this 15th day of August, 2012, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Response to Petition for Writ of Habeas Corpus (Document No. 9), the Report and Recommendation filed by United States Magistrate Judge Elizabeth T. Hey (Document No. 12), the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Elizabeth T. Hey is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and

4. There is no probable cause to issue a certificate of appealability.

      /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.